# AFFIDAVIT

I, Christopher Kiah, being first duly sworn, depose and state as follows:

## I.   INTRODUCTION

1.   I am a Special Agent with the Department of Homeland Security, Federal Protective Service ("DHS/FPS") and have been since January of 2016. I work in the Threat Management Branch in Cleveland, Ohio. I hold a Bachelor's of Science Degree with a major in Criminal Justice from Park University. I am a graduate of the Criminal Investigator Training Program and the Federal Protective Service Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Previously, I worked as an Inspector for DHS/FPS and a Criminal Investigator for the United States Marine Corps Criminal Investigation Division.

2.   As a DHS/FPS Special Agent, I conduct investigations related to the protection of federal property, persons on such property, and federal employees. I frequently investigate violations of federal law, including violations of 18 U.S.C. § 844(e), use of an instrument of interstate commerce to maliciously or willfully convey false threatening information, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual or unlawfully damage or destroy any building, vehicle, or other real or personal property, by means of fire or an explosive.

1

3.  I base this affidavit on my personal investigation and information provided by other sources, including other law enforcement officers.

4.  The information set forth in this affidavit is for the limited purpose of establishing probable cause and does not include all of the information known to law enforcement related to this investigation.

5.  On January 9, 2019, I was assigned to the Dazzel HAWKINS (DOB: xx/xx/1989) investigation. On January 3, 2019, HAWKINS called the Social Security Administration ("SSA") and left a voicemail wherein HAWKINS threatened to blow the building up (referring to the Canton SSA office), in violation of 18 U.S.C. § 844(e).

## II. PROBABLE CAUSE

6.  On January 7, 2019, an identified SSA employee, J.C., hereinafter identified as Victim One (VC-1), reported to work at the SSA office located at 301 McKinley Avenue SW., Canton, OH, in the Northern District of Ohio, Eastern Division. VC-1 accessed her assigned SSA desk telephone (877-255-1509, ext. XXXXX) voicemail and discovered two (2) new voicemail messages.

7.  VC-1 listened to the first voicemail message, which SSA records revealed was received on or about January 3, 2019 at approximately 10:59:22 a.m., from telephone number (XXX-XXX-8390). In the voicemail message, an unidentified caller subsequently identified as HAWKINS, stated "man excuse me,

2

y'all motherf-----s got me f---ed up man, y'all think this is a motherf---ing game or something, (inaudible), I can't stand yall b---- a-- motherf-----s man I swear to god, you think this is a game dog, motherf---er I'll blow that building up b----."

8. VC-1 listened to the second voicemail message, which SSA records revealed was received on or about January 3, 2019, at approximately 11:31:10 a.m., from telephone number (XXX-XXX-8390). In the voicemail message, HAWKINS stated "man what's up with yall man, give me a call back, XXX-XXX-8390 man."

9. VC-1 reported the threatening voicemails to SSA management and stated when she heard the voicemails her "stomach just dropped" and she "got real nervous". VC-1 is a veteran who suffers with PTSD as a result of an encounter with an explosive device. The threatening voicemails caused her to experience physiological and psychological distress.

10. Affiant conducted a query of a law enforcement database for telephone number (XXX-XXX-8390) and learned the telephone number is registered to Bandwidth.com. Affiant contacted Bandwidth.com, who verified telephone number (XXX-XXX-8390) is hosted on the Bandwidth.com network, however, the number is operated and maintained by TextNow Inc.

11. Affiant contacted TextNow Inc., with legal process and learned telephone number (XXX-XXX-8390), is assigned to Demicka Adkins of Canton,

3

OH. Additionally, a review of call logs pertaining to (XXX-XXX-8390) revealed several calls were made to the Canton SSA office on or about January 3, 2019.

12. Affiant conducted additional queries of a law enforcement database pertaining to Demicka Adkins and learned she has had recent contact with the Alliance Police Department. On January 15, 2019, affiant met with members of the Alliance Police Department and learned Demicka Adkins is known to associate with HAWKINS. Affiant also learned in January 2019, HAWKINS provided the Adult Parole Authority with telephone number (XXX-XXX-8390) as his contact number.

13. On January 15, 2019, affiant met with Parole Officers Andrew Penvose and Laurie Stewart, of the Ohio Adult Parole Authority. HAWKINS is under the current supervision of Officer Penvose, who has personally met with HAWKINS and spoken to HAWKINS on the telephone on various occasions. Additionally, Officer Stewart is also familiar with HAWKINS. Affiant played a digital copy of the January 3, 2019 voicemails in the presence of Officer Penvose and Officer Stewart, who both positively identified the caller as HAWKINS. Officer Penvose also verified HAWKINS provided (XXX-XXX-8390) as his personal contact number and has called Officer Penvose using the same number on several occasions, as recent as January 2019.

4

14. As a matter of record and through various sources of information, affiant learned HAWKINS has a violent criminal history involving assaultive behavior, obstructing official business, and has been known to carry weapons concealed on his person while under disability.

### III.  CONCLUSION

15. Based on the foregoing, probable cause exists that Dazzel HAWKINS did use an instrument of interstate commerce to maliciously or willfully convey false threatening information, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual or unlawfully damage or destroy any building, vehicle, or other real or personal property, by means of fire or an explosive, in violation of 18 U.S.C. § 844(e).

_____
Christopher Kiah
Special Agent, DHS/FPS

Subscribed and sworn to before me this 22nd day of January 2019.

_____
KATHLEEN B. BURKE
United States Magistrate Judge

5